159 F.3d 1350
 22 Employee Benefits Cas. 1489
 Genevieve W. Corcoran, Thomas M. Erwin, Thomas Finerghty,
Theresa McGee, John J. Nolan, Dave Pierce, Verne
D. Rider, III, Ronald A. Townsend, James D. Amos
v.
Bell Atlantic Corporation, John C. Marous, Jr., Thomas H.
Kean, John F. Maypole, Shirley Young, John Does 1
through 25, Bell Atlantic Management
Pension Plan, Bell Atlantic
Cash Balance Plan
 NO. 97-1926
 United States Court of Appeals,
Third Circuit.
 July 30, 1998
 Appeal From: E.D.Pa. ,No.97cv00510
 
 1
 Affirmed.